# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JEREMIAH VANCE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1911-S |
| | § | |
| TEXAS COMPTROLLER, et al. | § | |
| | § | |
| | § | |
| IN RE: | § | BANKRUPTCY CASE NO. 18-33730-SWE11 |
| | § | |
| REVOLUTION MONITORING, LLC | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, this bankruptcy appeal will be dismissed without prejudice by separate judgment for failure to follow court orders and prosecute this lawsuit.

**SO ORDERED.**

SIGNED November 24, 2026.

Karen Gren Scholer

**UNITED STATES DISTRICT JUDGE**